HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BERKLEY INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a foreign insurer, FIRST RESPONSE, INC., an Oregon corporation, CLARK COUNTY, a Washington municipal corporation, and ALLEN BRICKER, an individual,<br><br>Defendants. | Cause No. 3:18-cv-05461-BHS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OR COSTS UNDER F.R.C.P 41(a)(1)(A)(i)**<br><br>**CLERK'S ACTION REQUIRED** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Berkley Insurance Company hereby voluntarily dismisses this case without prejudice or costs to any party.

In relevant part, Federal Rule of Civil Procedure 41(a)(1) provides as follows:

    **(a) Voluntary Dismissal.**

        **(1)** *By the Plaintiff.*

NOTICE OF VOLUNTARY DISMISSAL – 1
3:18-cv-05461-BHS

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

    **(A)** ***Without a Court Order***. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

      **(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

      **(ii)** a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a).

  No party has answered or filed any motion for summary judgment. As such, dismissal on this matter is appropriate.

  DATED this 14th day of August, 2018.

            LETHER & ASSOCIATES, PLLC

            */s/ Thomas Lether*_____
            */s/ Eric Neal*_____
            Thomas Lether, WSBA #18089
            Eric J. Neal, WSBA #31863
            1848 Westlake Avenue N, Suite 100
            Seattle, WA 98109
            P:  (206) 467-5444/F: (206) 467-5544
            eneal@letherlaw.com
            tlether@letherlaw.com
            *Counsel for Plaintiff Berkley Insurance Company*

NOTICE OF VOLUNTARY DISMISSAL – 2
3:18-cv-05461-BHS

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington and the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing *Notice of Voluntary Dismissal* on the following party(ies):

>Taylor Hallvik
>Deputy Prosecuting Attorney
>Clark County Prosecutor's Office
>Civil Division
>P.O. Box 500
>Vancouver, WA 98666-5000
>T: (360) 397-2478
>Taylor.hallvik@clark.wa.gov
>*Attorney for Defendant Clark County*

**Via:**   [X] **ECF**      [ ] **E-mail**      [ ] **Via U.S Mail**

Dated this 14th day of August, 2018, at Seattle, Washington.

>*/s/ Rae Thompson*
>Rae Thompson | Paralegal

NOTICE OF VOLUNTARY DISMISSAL – 3
3:18-cv-05461-BHS

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544